EL PUEBLO, DEMANDANTE Y APELADO v. MERCADO, ACUSADO
Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce en
causa por hurto menor.

No. 1400.—Resuelto en junio 27, 1919.

SOBRESEIMIENTO DEL PROCESO — APELACIÓN — SENTENCIAS CRIMINALES APELADAS PARA ANTE CORTES DE DISTRITO.—En el presente caso la sentencia de la corte municipal fué apelada a la corte de distrito y el acusado sometido a juicio dentro de los ciento veinte días siguientes a la radicación de la transcripción pero después de ciento veinte días a partir del archivo de la apelación. Revisada en apelación la resolución de la corte de distrito negándose a ordenar el sobreseimiento de la causa, *se resolvió:* que el punto de partida al computar el término de ciento veinte días a que se refiere el artículo 448 del Código de Enjuiciamiento Criminal es la fecha de la radicación del *transcript* en la corte de distrito y no la del archivo del escrito de apelación en la corte municipal.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Leopoldo Tormes.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal del Supremo.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

El artículo 448 del Código de Enjuiciamiento Criminal por sus términos confiere al acusado en la corte de distrito el derecho al sobreseimiento del proceso si el juicio no se celebra dentro de ciento veinte días después de presentada la acusación. Hemos resuelto en el caso de *Ochoa v. Manzano,* 24 D. P. R. 786, que este término es aplicable a los juicios en las cortes municipales. Esta fué una apelación contra sentencia de una corte municipal y el acusado fué sometido a juicio dentro de los ciento veinte días siguientes a la radicación de la transcripción en la corte de distrito. Nos vemos obligados a sostener que el punto de partida al computar el término es la fecha de la radicación en la corte de

distrito y no aquella en que se interpone la apelación. La radicación de la transcripción es el único acto equivalente a la presentación de la acusación si hemos de atenernos a lo dispuesto en el artículo 448. No queremos decir que un apelante no deba jamás tratar de obtener un sobreseimiento basado en que no se ha seguido adelante con el proceso hasta después de haber transcurrido ciento veinte días de la fecha de la radicación de la transcripción, pero entonces tiene que acreditar hechos más fuertes que los acreditados en este caso. El acusado tiene entonces la obligación de demostrar que la demora no fué justificada. *Ex parte Turner,* 26 Tex. 708, 84 A. D. 598; *El Pueblo* v. *Díaz,* 5 D. P. R. 202; *El Pueblo* v. *Falcastro,* 17 D. P. R. 96. Los demás errores que han sido alegados por el apelante no parece que fueran promovidos en la corte inferior y no son jurisdiccionales o fundamentales.

La sentencia apelada debe ser confirmada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro, Aldrey y Hutchison.